

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00344-CR

Juan Ruben **SANCHEZ-CERDA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. 14-CRS-372
Honorable J.R. "Bobby" Flores, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 6, 2016.

_____
Rebeca C. Martinez, Justice